**95–1466.  State v. Gustafson.  *Mahoning County,* No. 94 C.A. 232.  On motion for admission *pro hac vice* of Michele Fields and on motion for admission *pro hac vice* of Henry M. Jasny.  Motions granted.**

**95–1554.  State ex rel. Sartor v. Indus. Comm.  *Franklin County,* No. 94APD07–1000.  On motion to correct record and entry as to party designation by Industrial Commission.  Motion granted.**

**95–1786.  State v. Johnson.  *Franklin County,* No. 94APA08–1218.  On motion for leave to file delayed appeal.  Motion denied.**

MOYER, C.J., dissents.

**95–1799.  State v. Lanham.  *Medina County,* No. 2295–M.  On motion for leave to file delayed appeal.  Motion denied.**

WRIGHT and PFEIFER, JJ., dissent.

COOK, J., not participating.

**95–1821.  State v. Willis.  *Franklin County,* No. 93AP–433.  On motion for leave to file delayed appeal.  Motion denied.**

PFEIFER, J., dissents.

**95–1827.  State v. Federico.  *Summit County,* No. 16746.  On motion for leave to file delayed appeal.  Motion denied.**

MOYER, C.J., and RESNICK, J., dissent.

**95–1828.  Columbus v. Copley.  *Franklin County,* No. 94APC06–756.  On motion to consolidate case with 95–1466, *State v. Gustafson, supra.*  Motion denied.**

WRIGHT, J., would hold this cause for the decision in 95–1466.

RESNICK, J., dissents.

**95–1836.  State v. Kemp.  *Hamilton County,* No. C–930645.  On motion for leave to file delayed appeal.  Motion denied.**

**95–1837.  State v. Thomas.  *Athens County,* No. 94CA1608.  On motion to consolidate with 94–1621, *State v. Daws,* Montgomery App. No. 13914, or, alternately, defer consideration.  Motion denied.**

WRIGHT, J., would hold this cause for the decision in 94–1621.

RESNICK, J., dissents.

**95–1847.  State v. Johnson.  *Scioto County,* No. 93CA2201.  On motion for leave to file delayed appeal.  Motion denied.**

**95–1850.  State v. Roberson.  *Cuyahoga County,* No. 64956.  On motion for leave to file delayed appeal.  Motion denied.**

RESNICK, J., dissents.

**95–1876.  State v. Mays.  *Ross County,* No. 94CA2076.  On motion to defer consideration pending decision in 95–450, *State v. Thompkins,* Montgomery App. No. 14703 *et seq.*  Motion denied.**

WRIGHT and RESNICK, JJ., dissent.

PFEIFER and COOK, JJ., would hold this cause for the decision in 95–450.

**95–1893.  State v. Busch.  *Franklin County,* Nos. 94APC11–1670 and 94APC11–1671.  On review of order certifying a conflict.  The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry of Judgment filed August 29, 1995, as follows: "For the reasons stated in the memorandum decision of this court rendered herein on August 29, 1995, it is the order of this court that the motion to certify the judgment of this court as being in conflict with the judgment of the Court of Appeals for the Eighth District Court of Appeals in *Cleveland v. Hall* (Mar. 10, 1983), Cuyahoga App. No. 82–CRB–7753, unreported, is sustained, and, pursuant to Section 3(B)(4), Article IV, Ohio Constitution, the record of this case is certified to the Supreme Court of Ohio for review and final determination upon the following issue in conflict:  whether a trial court has discretion to dismiss a criminal prosecution at the request of the complaining witness and over the objection of the state."**

MOYER, C.J., WRIGHT and COOK, JJ., dissent.